IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Workman,                                   Case No. 3:21-cv-01500-JGC

        Plaintiff

        v.                                            **JUDGMENT ENTRY**

Commissioner of Social Security,

        Defendant.

        For the reasons stated in the Order filed herewith, it is hereby

**ORDERED THAT:** Pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings. The Clerk of Court shall mark this matter closed.

        So ordered.


                                                 /s/ James G. Carr
                                                 Sr. U.S. District Judge